1    CHRISTOPHER CHIOU
      Acting United States Attorney
2    Nevada Bar No. 14853
      CHRISTOPHER BURTON
3    Nevada Bar No. 12940
      Assistant United States Attorney
4    501 Las Vegas Blvd. South, Suite 1100
      Las Vegas, Nevada 89101
5    PHONE: (702) 388-6336
      FAX: (702) 388-5087
6    Christopher.Burton4@usdoj.gov
      Attorney for the United States of America,

7

8 

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

9    UNITED STATES OF AMERICA,       Case No. 2:18-cr-00353-APG-NJK

10            Plaintiff,       STIPULATION TO MODIFY PRETRIAL
                              RELEASE CONDITIONS

11         vs.

12    TANYE JOHNSON,

13            Defendant.

14       IT IS HEREBY STIPULATED AND AGREED, by and between CHRISTOPHER

15    CHIOU, Acting United States Attorney, and CHRISTOPHER BURTON, Assistant United

16    States Attorney, counsel for the United States of America, and TODD LEVENTHAL, ESQ.,

17    counsel for Defendant TANYE JOHNSON, that the current conditions of pretrial release

18    should be modified as follows:

19       1.      The defendant shall participate in mental health treatment as directed by Pretrial

20    Services or the supervising officer.

21       2.      The defendant shall pay all or part of the cost of the medical or psychiatric

22    treatment program or evaluation based upon her ability to pay as determined by Pretrial

23    Services or the supervising officer.

24

3.     The defendant shall satisfy all outstanding warrants within a timeframe determined by Pretrial Services and provide verification to Pretrial Services or the supervising officer.

This stipulation is entered into for the following reasons:

1.     The defendant has entered a pretrial diversion agreement with the government and is currently under its terms. ECF No. 46.

2.     The parties believe the proposed additional conditions are appropriate based on the defendant's history and characteristics and are intended to assist her in complying with the conditions of her pretrial diversion agreement.

3.     This is the <u>first</u> stipulation to modify conditions filed herein.

DATED this 23rd day of July, 2021.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | CHRISTOPHER CHIOU |
|  | Acting United States Attorney |
| *//s// Todd Leventhal* | *//s// Christopher Burton* |
| TODD LEVENTHAL, ESQ. | CHRISTOPHER BURTON |
| Counsel for Defendant | Assistant United States Attorney |
| TANYE JOHNSON | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00353-APG-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| TANYE JOHNSON, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The defendant has entered a pretrial diversion agreement with the government and is currently under its terms. ECF No. 46.

2. The parties believe the proposed additional conditions are appropriate based on the defendant's history and characteristics and are intended to assist her in complying with the conditions of her pretrial diversion agreement.

3. This is the <u>first</u> stipulation to modify conditions filed herein.

**CONCLUSIONS OF LAW**

The Court may modify conditions of pretrial release under Title 18, United States Code, Section 3142(c)(3). The Court hereby finds there is good cause to modify the defendant's pretrial release conditions as follows:

1. The defendant shall participate in mental health treatment as directed by Pretrial Services or the supervising officer.

3

2.      The defendant shall pay all or part of the cost of the medical or psychiatric treatment program or evaluation based upon her ability to pay as determined by Pretrial Services or the supervising officer.

3.      The defendant shall satisfy all outstanding warrants within a timeframe determined by Pretrial Services and provide verification to Pretrial Services or the supervising officer.

The Court finds these conditions will reasonably ensure the appearance of the defendant in future court proceedings, as well as reasonably ensure the safety of the community.

DATED  2nd  day of August, 2021.

_____
THE HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

4