CHRISTOPHER CHIOU
Acing United States Attorney
District of Nevada
Nevada Bar No. 14853
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Christopher.burton4@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case Nos. 2:18-CR-00353-APG-NJK |
|---|---|
| Plaintiff, | **Government's Motion to Dismiss the Indictment** |
| vs. | |
| TANYE JOHNSON, | |
| Defendant. | |

The government moves for leave of Court to dismiss the Indictment against Tanye Johnson, charging Johnson with one count of Illegal Acquisition of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2). The parties entered a pretrial diversion agreement in this case (*see* ECF No. 46) and it is the government's position that Johnson has successfully completed the terms of that agreement. As such, the government believes that in the interest of

///

///

///

///

///

justice the indictment should be dismissed. Accordingly, pursuant to the Federal Rule of Criminal Procedure 48(a), the government moves to dismiss the indictment with prejudice.

**DATED** this 15th day of February, 2022.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Christopher Burton*
CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada

ORDER

The Government's motion to dismiss is granted. The Indictment is dismissed with prejudice, and the clerk of court is directed to close this file.

Dated: February 16, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE